# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | <u>3:20-cr-00431-MO</u>_____ |
| **v.** | **INFORMATION** |
| **NICHOLAS JOSEPH BANTISTA** | **18 U.S.C. § 111(a)(1)** |
| **Defendant.** | |

### THE UNITED STATES ATTORNEY CHARGES:

### <u>COUNT 1</u>
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a)(1))

On or about September 18, 2020, in the District of Oregon, defendant **NICHOLAS JOSEPH BANTISTA** did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

Dated: September 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney

**Misdemeanor Information**