BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**NATALIE K. WIGHT, OSB #035576**
Assistant United States Attorney
Natalie.Wight@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00431-MO |
| v. | GOVERNMENT'S MOTION TO DISMISS INFORMATION |
| NICHOLAS JOSEPH BANTISTA, | |
| **Defendant.** | |

The Government moves the court for an order dismissing the above-referenced Information with prejudice in the best interests of justice.

Dated: February 23, 2021.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney