# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00431-MO |
| v. | ORDER DISMISSING INFORMATION |
| NICHOLAS JOSEPH BANTISTA, | |
| Defendant. | |

On motion of the Government, the court hereby ORDERS the information referenced above DISMISSED with prejudice in the best interests of justice.

DATED February _____, 2021.

                                                                                     _____
                                                                                     HONORABLE MICHAEL W. MOSMAN
                                                                                     United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney